# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    SA CV07-1393-DOC(RNBx)                                Date    April 9, 2008

Title    AHMED OMARO -V- MICHAEL MUKASKEY, ET. AL.,

---

Present: The                DAVID O. CARTER
Honorable

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

NONE                                                        NONE

Proceedings:      (In Chambers)        ORDER TO SHOW CAUSE RE DISMISSAL FOR
                                       LACK OF PROSECUTION


        Counsel are hereby ordered to show cause in writing no later than April 24, 2008, why this case should not be dismissed for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon filing of plaintiff(s) response.

        Counsel is advised that the Court will consider the filing of:

        <u>X</u>            Answer by the defendant(s)

        <u>X</u>            Plaintiff's filing of request for the clerk to enter default, default judgment or
                       filing of a motion for entry of default judgment

on or before the date upon which the response is due.


        The Clerk shall serve this minute order on counsel for all parties in this action.



                                                                    :        0

                                                Initials of Preparer   kh

---

CV-90 (12/02)                          **CIVIL MINUTES - GENERAL**                          Page 1 of 1